NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN A. MCLEOD,                                )
                                                 )
                    Petitioner,                  )
                                                 )
v.                                               )          Case No. 2D17-5137
                                                 )
STATE OF FLORIDA,                                )
                                                 )
                    Respondent.                  )
_____ )

Opinion filed July 11, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Mark R.
Wolfe, Judge.

Steven A. McLeod, pro se.


Pamela Jo Bondi, Attorney General,
Tallahassee, and Katie Salemi Ashby,
Assistant Attorney General, Tampa,
for Respondent.



PER CURIAM.

            Denied.


CRENSHAW, LUCAS, and ATKINSON, JJ., Concur.